1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   BRENDA KAY NICHOLS,            )      1:05-cv-00018-OWW-DLB-HC
                                   )
10            Petitioner,          )      **ORDER ADOPTING FINDINGS AND
                                   )      RECOMMENDATION** (Doc. 10)
11  v.                             )
                                   )      **ORDER DISMISSING ACTION**
12  LIEUTENANT ELLIS,              )
                                   )
13            Respondent.          )
                                   )
14  _____

15       Petitioner is a state prisoner proceeding pro se with a

16  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

17       On March 16, 2005, the Magistrate Judge filed Findings and

18  Recommendation that this action be DISMISSED for Petitioner's

19  failure to prosecute.  These Findings and Recommendation were

20  served on all parties and contained notice that any objections were

21  to be filed within thirty (30) days from the date of service of

22  that order.  To date, the parties have not filed timely objections

23  to the Findings and Recommendation.

24       In accordance with the provisions of 28 U.S.C. § 636

25  (b)(1)(C), this Court has conducted a *de novo* review of the case.

26  Having carefully reviewed the entire file, the Court concludes that

27  the Magistrate Judge's Findings and Recommendation is supported by

28  the record and proper analysis.

                                   1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.   The Findings and Recommendation, filed March 16, 2005, is

3   ADOPTED IN FULL; and,

4      2.   This action is DISMISSED for Petitioner's failure to

5   prosecute.

6   IT IS SO ORDERED.

7   **Dated:   May 19, 2005**                    **/s/ Oliver W. Wanger**
    emm0d6                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28